IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:18-78 |
| | ) | |
| vs. | ) | |
| | ) | |
| JORETTA JACKSON | ) | VERDICT |
| | ) | |

1. As to count 2, we unanimously find the defendant, JORETTA JACKSON:

    _____Not Guilty

    \_\_\_X\_\_\_Guilty

2. As to count 3, we unanimously find the defendant, JORETTA JACKSON

    _____Not Guilty

    \_\_\_X\_\_\_Guilty

▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson's Signature

▬▬▬▬▬▬▬▬▬▬▬▬
Foreperson's Printed Name

November 19, 2018

Columbia, South Carolina