UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 3:18-cr-00078-MGL |
| | ) | |
| vs. | ) | **MOTION TO BE RELIEVED** |
| | ) | |
| JORETTA JACKSON, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Rule 83.I.07, undersigned counsel hereby requests to be relieved as counsel. Defendant, Ms. Jackson, has retained counsel, Elizabeth Franklin-Best who filed her notice of appearance on December 19, 2018. This motion is being filed with consent of Ms. Jackson as indicated below. Additionally, her address and phone number are as follows:

Ms. Joretta Jackson
8313 Springflower Road
Columbia, South Carolina 29203
(702) 271-0866

I consent to the withdrawal of Thurmond Brooker, Esquire.

Joretta Jackson

Ms. Joretta Jackson

Respectfully submitted,

Thurmond Brooker
Brooker Law Firm
P.O. Box 1450
Florence, South Carolina 29503-1450

Dated this 31 day of December, 2018.