UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | |
| ) | Case No. 3:18-cr-00078-MGL |
| vs. ) | |
| ) | **NOTICE OF APPEAL** |
| Joretta Jackson, ) | |
| Defendant. ) | |
| _____ ) | |

    Notice is hereby given that Ms. Joretta Jackson, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in his case on April 29, 2019.

/s/ Elizabeth Franklin-Best
*Attorney for Ms. Joretta Jackson*

Blume Franklin-Best & Young, LLC
900 Elmwood Avenue, Suite 200
Columbia, South Carolina 29201
(803) 765-1044
Fed ID #9969

May 3, 2019